## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

STATE OF TEXAS; STATE OF MISSISSIPPI; STATE OF LOUISIANA,

               Plaintiffs-Appellees,

    v.

PRESIDENT DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF LABOR; VINCENT MICONE, Acting Secretary, U.S. Department of Labor, in his official capacity as United States Acting Secretary of Labor; PATRICIA DAVIDSON, in her official capacity as Deputy Administrator of the United States Department of Labor, Wage & Hour Division,

               Defendants-Appellants.

No. 23-40671

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME
## TO RESPOND TO PETITION FOR REHEARING EN BANC

The federal government respectfully requests a 14-day extension, to and including March 13, 2025, of the deadline to respond to plaintiffs' pending petition for rehearing en banc. There is good cause for the requested extension, and plaintiffs do not oppose it.

    1.    This is a challenge to an executive order instructing federal agencies to enter certain contracts only with companies that will agree to pay their workers at or above the prescribed level for work on or in connection with those contracts, as well as

to the Department of Labor rule implementing the executive order. The district court concluded that the executive order exceeds the President's authority and permanently enjoined the enforcement of the wage requirement as to the plaintiff States. On February 4, a unanimous panel of this Court reversed and remanded. On February 17, plaintiffs filed a petition for rehearing en banc and this Court directed the government to respond by February 27.

2.     Daniel Winik has primary responsibility for preparing the government's response. Mr. Winik also has primary responsibility for preparing the government's reply brief in *Powers v. Collins* (9th Cir. No. 24-6576, due March 11), and for presenting oral argument on March 4 in *Childs v. San Diego Family Housing Corp.* (9th Cir. No. 24-1256), as well as for internal matters.

3.     Charles Scarborough has supervisory responsibility for the government's response. Mr. Scarborough also has supervisory responsibility for the *Powers* reply brief; for upcoming briefs in *Wilkins v. Hegseth* (4th Cir. No. 24-2079, opening brief due Feb. 28 as extended) and *Lantigua-Nunez v. U.S. Coast Guard* (1st Cir. No. 24-2067, response brief due Mar. 12); and for internal matters.

4.     As noted above, plaintiffs do not oppose the requested extension.

Respectfully submitted,

CHARLES W. SCARBOROUGH

/s/ *Daniel Winik*
DANIEL WINIK
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7245*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  (202) 305-8849

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 284 words, according to Microsoft Word.

/s/ *Daniel Winik*
Daniel Winik