# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 18, 2025

Mr. Daniel Winik
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

    No. 23-40671   State of Texas v. Trump
                   USDC No. 6:22-CV-4

Dear Counsel:

This letter will serve to confirm our telephone conversation this date advising the parties that the court has requested a prompt response to the Appellee's Rule 28(j) Letter to be filed in this office on or before March 24, 2025.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Rebecca Andry, Deputy Clerk
                    504-310-7638

cc:
    Mr. Jorge Benjamin Aguinaga
    Ms. Elisabeth Daigle
    Mr. Brian Rene Frazelle
    Mr. Matthew Hamilton Frederick
    Ms. Gabriela Gonzalez-Araiza
    Ms. Brianne Jenna Gorod
    Ms. Amy Snow Hilton
    Mr. Christopher D. Hilton
    Ms. Sarah A Hunger
    Mr. Steven Paul Lehotsky
    Mr. Justin Lee Matheny
    Ms. Brooke Menschel
    Ms. Elizabeth Baker Murrill
    Mr. Aaron Lloyd Nielson
    Mr. Stephen John Petrany
    Mr. Michael Poon
    Ms. Elizabeth Wydra